JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Raul Reyes, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:23-cv-07732-JLS-PD |
| v. | |
| Mercedes-Benz USA, LLC., | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on 02/27/2024 as docket number 25-2 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Raul Reyes

and against

Defendant Mercedes-Benz USA, LLC

according to the terms set forth in the Offer of Judgment.

Date: September 19, 2024      By: /s/ JOSEPHINE L. STATON
                                  United States District Judge

CV-140 (02/21)                    JUDGMENT